No. 78–445. ANDERSON, DIRECTOR, DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS v. BARASA ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–448. WRIGHT ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–461. NORTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–487. MARQUES-URIA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 78–570. PREMIER CORP. v. SHEVIN, SHAPO & SHEVIN, P. A. C. A. 5th Cir. Certiorari denied.

No. 78–583. HERRMANN v. MOORE ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–584. ROBINSON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 78–596. RUSS ET AL. v. RATLIFF. C. A. 8th Cir. Certiorari denied.

No. 78–598. LOUISVILLE & NASHVILLE RAILROAD CO. ET AL. v. HASTY. Sup. Ct. Miss. Certiorari denied.

No. 78–613. RUTLEDGE ET AL. v. LONG, PERSONNEL DIRECTOR, DEPARTMENT OF ADMINISTRATION OF KANSAS, ET AL. Ct. App. Kan. Certiorari denied.

No. 78–616. MARKUS v. ROSS, INDUSTRIAL COMMISSIONER OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–620. ATKINSON, ADMINISTRATOR v. BASS ET AL. C. A. 4th Cir. Certiorari denied.